UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANASTASIA BONDI, MARIA CAPORALE, JASMIN
HERNANDEZ, JESSICA SARFATY, MONIQUE MAZZEI, MATT              7:17-CV-05681 (KMK)(LMS)
CAM, NOEL PUGLIESE, AND ALL OTHERS SIMILARLY
SITUATED;

                                            Plaintiffs,                **NOTICE OF MOTION**

          -against-

NEW ROCHELLE HOTEL ASSOCIATES d/b/a NOMA SOCIAL,
MICHAEL DEFALCO, COLBY BROCK GUALANO, AND PETER
BROCK,

                                            Defendants.
------------------------------------------------------------------X

**TO:**     Jonathan M. Kozak, Esq.
           Attorney at Law
           Jackson Lewis, P.C.
           44 South Broadway
           14th Floor
           White Plains, N.Y 10601

| | |
|---|---|
| **MOTION MADE BY:** | Plaintiffs, Anastasia Bondi, Maria Caporale, Jasmin Hernandez, Jessica Sarfaty, Monique Mazzei, Matt Cam, Noel Pugliese, and all others similarly situated. |
| **DATE, TIME and PLACE:** | Wednesday, September 16, 2020 at 10:00 am at the United States District Court for the Southern District of New York located at 300 Quarropas St, White Plains, NY 10601. |
| **SUPPORTING PAPERS:** | Affirmation of Jordan El-Hag, duly sworn on March 3, 2020 and the exhibits annexed thereto; and a Memorandum of Law. |
| **RELIEF REQUESTED:** | Plaintiffs seek Court approval of a class action settlement. |
| **ANSWERING PAPERS:** | None, this motion is not being opposed by Defendants. |

**REPLY PAPERS:**               None.


Dated:  White Plains, New York
        August 31, 2020

By: _____
Jordan El-Hag, Esq.
El-Hag & Associates, P.C
Attorney for Defendants
777 Westchester Ave., Suite 101
White Plains, N.Y 10604
(914) 218-6190 (o)
(914) 206-4176 (f)
Jordan@elhaglaw.com